JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER OCHOA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RON DAVIS, Acting Warden,<br>California State Prison at San Quentin,<br>　　　　　Defendant | ) Case No.: CV 99-11129 DSF<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　For the reasons set forth in the Memorandum and Order Denying and Dismissing Third Amended Petition for Writ of Habeas Corpus, issued simultaneously with this judgment, Petitioner Lester Ochoa's Third Amended Petition for Writ for Habeas Corpus, filed on December 18, 2007 is DENIED and DISMISSED.  Pursuant to its own motion, the Court declines to issue a certificate of appealability.  This order constitutes the final disposition of the Third Amended Petition by the Court.  Consistent with this order, the Court vacates the stay of execution entered on November 18, 1999.

**IT IS SO ORDERED**.

Dated:　6/30/16

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE